

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00002-CV

IN RE ALLEN F. CALTON                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 153-270690-14

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  GABRIEL, DAUPHINOT and WALKER, JJ.

DELIVERED:  January 8, 2015

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).